ACCEPTED
01-14-00366-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/2/2015 9:33:50 AM
CHRISTOPHER PRINE
CLERK

**BELINDA HILL**
**FIRST ASSISTANT**



**CRIMINAL JUSTICE CENTER**
**1201 FRANKLIN, SUITE 600**
**HOUSTON, TEXAS 77002-1901**

**DEVON ANDERSON**
**DISTRICT ATTORNEY**
**HARRIS COUNTY, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/2/2015 9:33:50 AM

CHRISTOPHER A. PRINE
Clerk

November 2, 2015

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin Street
Houston, TX 77002-2066

**RE:** *Christopher Dewa Washington v. The State of Texas*

Court of Appeals Number:      01-14-00366-CR
Trial Court Case Number:       1259853

Dear Mr. Prine:

This case is set for submission and oral argument on Wednesday, November 4, at 1:30 pm. I intend to present argument on behalf of the State.

A copy of this notice is being sent to the appellant's attorneys of record.

Sincerely,

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
713.274.5826

cc:    Wendell A. Odom, Jr.
       Brian T. Hobson